IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**FILED**
**CLERK**
6/26/2025 1:57 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| | |
|---|---|
| PASQUALE AGNONE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Luxury Time NYC, Inc.<br><br>Defendant. | Case No. 2:24-cv-08332-AYS |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT LUXURY TIME NYC, INC. AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Luxury Time NYC, Inc. shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 24, 2025

| | |
|---|---|
| */s/ Uri Horowitz*<br>Uri Horowitz, Esq.<br>Horowitz Law, PLLC<br>14441 70th Road<br>Flushing, NY 11367<br>Phone: (718) 705-8706<br>Fax: (718) 705-8705<br>uri@horowitzlawpllc.com<br><br>*Attorney for Plaintiffs* | */s/ David Stein (with consent)*<br>David Stein<br>Stein & Nieporent LLP<br>1441 Broadway Suite 6090<br>New York, NY 10018<br>Telephone: (212) 308-3444<br>Email: Dstein@steinllp.com<br><br>*Attorney For Defendant Luxury Time NYC, Inc.* |

SO ORDERED:   Dated: 6/26/2025

\_\_\_/s/ Gary R. Brown_____
Judge, U.S. District Court
Eastern District of New York